# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR274 |
| vs. | ORDER |
| NEWGEAN THOMAS, | |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Michael F. Maloney and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Newgean Thomas (Filing No. 15). Mr. Maloney represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael F. Maloney's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 15) is granted.

James J. Regan, 6035 Binney Street, Omaha, Nebraska 68104, (402) 341-2020, is appointed to represent Newgean Thomas for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Maloney shall forthwith provide Mr. Regan with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Newgean Thomas's defense.

The clerk shall provide a copy of this order to James J. Regan and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

Dated this 6th day of September, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge